

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT
### (Abraham A. Ribicoff Federal Building, United States District Court, 450 Main Street, Suite A012, Hartford, CT 06103 )

|  |  |
|---|---|
| Presidential Candidate Number P60005535 "also known as" (aka) Ronald Satish Emrit, & Presidential Committee/Political Action Committee/Separate Segregated Fund (SSF) Number C00569897 d/b/a United Emrits of America<br><br>        Plaintiffs (Pro Se)<br><br>        v.<br><br>Former President Barack Hussein Obama (BHO), Michelle Obama, Former President Joe Biden, Jill Biden, Hunter Biden, Supreme Court Justice Ketanji Brown-Jackson, Former Prince Andrew of the Windsors, British Prime Minister Keir Starmer<br><br>        Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C. A. No.:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>COMPLAINT</u>

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this complaint for 500 billion dollars for the commission of the torts of public nuisance, and tortious interference with politics against Former President Barack Hussein Obama, Michelle Obama, Former President Joe Biden, Jill Biden, Hunter Biden,

Supreme Court Justice Kentanji Brown-Jackson, Former Prince Andrew of the Windsors, and British Prime Minister Keir Starmer.  In bringing forth this complaint, the plaintiff states, avers, and alleges the following

## I.) NATURE OF THE CASE

1.) The plaintiff is an independent presidential candidate who is a supporter of **President Donald J. Trump, Vice President JD Vance, and Secretary of State Marco Rubio** who are of course the most powerful men of America.

2.) As such, the plaintiff is no longer a supporter of either former President Barack Hussein Obama (BHO) and never was a supporter of former President Joe Biden.

3.) Nevertheless, **President Barack Hussein Obama (BHO) has not been the president for 10 years since 2016** when the plaintiff ran for president as **Presidential Candidate # P60005535** and was interviewed by the senior producer of the Kelly Clarkson Show, i.e. **Craig Tomashoff**.

4.) Indeed, Craig Tomashoff as the senior producer of the Kelly Clarkson Show drove all the way from Los Angeles to Las Vegas to interview the plaintiff for his book "The Can'tidates" endorsed by **People Magazine and David Duchovny of The Red Shoe Diaries**.

5.) While Craig Tomashoff was visiting the plaintiff, the two of them visited the USA District Court of Nevada at 333 Las Vegas Boulevard South where the plaintiff showed him a document uploaded to PACER on a public computer indicating that Florida Secretary of State Ken Detzner and Kristi Reid-Bronson from his office at the RA Gray Building in Tallahassee sent the plaintiff a letter indicating that he would be placed on the ballot in Florida for the 2016 election.

## II.) PARTIES TO THIS LITIGATION

6.) The plaintiff is an indigent, disabled, and unemployed resident of the state of Nevada and Maryland. His current mailing address is 5108 Cornelias Prospect Drive, Bowie, Maryland 20720. His cell phone number is currently (703)936-3043 and his primary email address is einsteinrockstar2@outlook.com.

7.) The first defendant is  Former President Barack Hussein Obama (BHO)

8.) The second defendant is Michelle Obama,

9.) The third defendant is Former President Joe Biden,

10.)  The fourth defendant is Jill Biden,

11.)  The fifth defendant is Hunter Biden,

12.)  The sixth defendant is Supreme Court Justice Ketanji Brown-Jackson,

13.)  The seventh defendant is Former Prince Andrew of the Windsors,

14.)  The eighth defendant is British Prime Minister Keir Starmer

## III.) JURISDICTION AND VENUE

15.)  According to **Federal Rules of Civil Procedure 8(a)(1)**, Plaintiff is required to provide "a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;"

16.)  Because the court does not already have personal or subject matter jurisdiction over this issue, it is necessary to engage in a brief discussion of the court's jurisdiction so that the defendants can not move to dismiss this case based on procedural grounds involving a lack of proper jurisdiction.

17.)  Pursuant to **28 U.S.C.A. Section 1332**, the U.S. District Court for the District of New Jersey (as an Article III court) has jurisdiction over this matter because there is complete diversity of jurisdiction between the Plaintiff and the four defendants given that the plaintiff lives in Sarasota, Florida and no longer in Fort Worth, Texas.

18.)  As an **Article III court**, the U.S. District Court for the District of Connecticut also has subject matter jurisdiction over the present case at bar because this proceeding involves a discussion of Title VII of the Civil Rights Act of 1964, Americans with Disabilities Act of 1990, Equal Protection

Clause, Due Process Clause, Fourth Amendment, and Privileges and Immunities Clause.

19.)   Therefore, a federal question is presented by the implication of the black-letter law of the aforementioned federal statutes in addition to the discussion of Constitutional Law provisions.

20.)   Venue in this jurisdiction is also proper pursuant to 28 U.S.C.A. Sections 1391 and 1400.

21.)   Because the amount in controversy does not exceeds $75,000 (i.e. $0 is less than $75,000), this court does not have jurisdiction based on the amount in controversy.

## IV.) STATEMENT OF FACTS

22.)   The plaintiff is an independent presidential candidate who is a supporter of **President Donald J. Trump, Vice President JD Vance, and Secretary of State Marco Rubio** who are of course the most powerful men of America.

23.)   As such, the plaintiff is no longer a supporter of either former President Barack Hussein Obama (BHO) and never was a supporter of former President Joe Biden.

24.)   Nevertheless, **President Barack Hussein Obama (BHO) has not been the president for 10 years since 2016** when the plaintiff ran for president as **Presidential Candidate # P60005535** and was interviewed by the senior producer of the Kelly Clarkson Show, i.e. **Craig Tomashoff**.

25.)   Indeed, Craig Tomashoff as the senior producer of the Kelly Clarkson Show drove all the way from Los Angeles to Las Vegas to interview the plaintiff for his book "The Can'tidates" endorsed by **People Magazine and David Duchovny of The Red Shoe Diaries**.

26.)   While Craig Tomashoff was visiting the plaintiff, the two of them visited the USA District Court of Nevada at 333 Las Vegas Boulevard South where the plaintiff showed him a document uploaded to PACER on a public computer indicating that Florida Secretary of State Ken Detzner and Kristi

Reid-Bronson from his office at the RA Gray Building in Tallahassee sent the plaintiff a letter indicating that he would be placed on the ballot in Florida for the 2016 election.

## V.) COUNT ONE: DEFAMATION (LIBEL AND SLANDER)

27.)   The plaintiff believes that the former president Barack Hussein Obama (BHO is defaming the current president by appearing in interviews and podcasts when most former presidents try to stay out of the spotlight based on a sense of professional courtesy.

## VI.) COUNT TWO: PUBLIC NUISANCE

28.)   President Barack Hussein Obama (BHO has become a public nuisance by trying to remain relevant to the modern-day political conversation.

## VII.) COUNT THREE: INDUSTRIAL ESPIONAGE

29.)   The plaintiff believes that companies which feature President Barack Hussein Obama (BHO) on their podcasts or through interviews are committing the tort of industrial espionage.

## VIII.) COUNT FOUR: TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS/CONTRACTS

30.)   The plaintiff believes that companies which feature President Barack Hussein Obama (BHO) on their channel's interviews and/or podcasts are committing the tortious interference with business relations/contacts under the Federal Tort Claims Act (FTCA).

## VI.) PRAYER FOR RELIEF

WHEREFORE, the plaintiff is seeking punitive, compensatory, and treble damages through joint and several liability whereby the defendants would presumably seek contribution and indemnity from each other through the filing of cross-claims. The plaintiff is also seeking the equitable remedy of an injunction and/or declaratory judgment. In asserting this "prayer for relief," the plaintiff states, avers, and alleges the following:

A.) The plaintiff is seeking **punitive, compensatory, treble, actual, presumed, and special damages** in the amount of $500,000,000,000 for the commission of the aforementioned torts involving **Federal Tort Claims Act (FTCA) and Restatement (Third) of Torts**.

B.) The plaintiff is seeking **expectation, reliance, restitution, incidental, and consequential damages** for the commission of tortious interference with business relations/contacts which is substantially similar to material breach of contract despite the **Gist of the Action Doctrine** separating tort issues and contract issues for purposes of litigation.

C.) In addition, the plaintiff is seeking a preliminary injunction as an equitable remedy pursuant to **Rule 65 of Federal Rules of Civil Procedure (FRCP)** precluding and/or enjoying the defendants from advertising to the plaintiff on Cable TV broadcasts.

D.) In addition, the plaintiff is seeking a declaratory judgment pursuant to **Rule 57 of Federal Rules of Civil Procedure (FRCP)** as a statement of the law that

advertising with artificial intelligence (AI) and algorithms to spy on consumers for purposes of increasing the company's stock price in **over-the-counter markets (OTC) or federal stock exchange (NYSE)** or driving smaller companies out of business is an Antitrust violation perhaps involving the misdemeanors of trespass, stalking, harassment, and maybe voyeurism if these companies have employees conducting surveillance on consumers..

Respectfully submitted,

Ronald Satish Emrit

5108 Cornelias Prospect Drive

Bowie, Maryland 20720

(703)936-3043

einsteinrockstar@hotmail.com

einsteinrockstar2@outlook.com